EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS    #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 20 2004

at 9 o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00197 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 841] |
| DAVID LANG AKANA,       (01) ) and MICHAEL WAYNE DELOS ) SANTOS,                 (02) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges:

On or about April 22, 2004, in the District of Hawaii, **DAVID LANG AKANA** did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II



controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 2:

The Grand Jury further charges:

On or about April 22, 2004, in the District of Hawaii, **MICHAEL WAYNE DELOS SANTOS** did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, May 20, 2004.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. David Lang Akana, et al.
"Indictment"
Cr. No.