EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. 04-00197 HG |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| MICHAEL DELOS SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant Michael Delos Santos ("Defendant Delos Santos") on the grounds that Defendant Delos Santos was charged and sentenced in an Information, Cr. No. 05-00375 HG.  Pursuant to a plea agreement, the Government agreed

to dismiss the charges as to Defendant Delos Santos in the First Superseding Indictment for Cr. No. 04-00197 HG after sentencing.

Defendant Delos Santos was sentenced on February 15, 2006 to three (3) years probation.

DATED:  Honolulu, Hawaii, May 3, 2006.

                      EDWARD H. KUBO, JR.
                      UNITED STATES ATTORNEY
                      District of Hawaii

                      By /s/ Chris A. Thomas
                          CHRIS A. THOMAS
                          Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED:  Honolulu, Hawaii, June 5, 2006.



                      /s/ Helen Gillmor
                      Chief United States District Judge

USA v. Michael Delos Santos
Order for Dismissal
Cr. No.  04-00197 HG